UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT HAEFNER,

        Plaintiff,

    v.

GLORIA RHOADS BERLIN,

        Defendant.
_____/

No. C-11-00112 DMR

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the case management conference before Magistrate Judge Donna M. Ryu set for **April 20, 2011 at 1:30 p.m.** is VACATED pending the hearing on Plaintiff's Motion for Default Judgment.

    **Immediately upon receipt of this Order, Plaintiff Scott Haefner shall serve this Order upon Defendant Gloria Rhoads Berlin and shall e-file a proof of service on the same day that service is effected.**

    IT IS SO ORDERED.

Dated: April 15, 2011

DONNA M. RYU
United States Magistrate Judge