UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HAEFNER, | No. C-11-00112 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| GLORIA RHOADS BERLIN, | |
| Defendant. _____/ | |

On April 25, 2011, the Court ordered Plaintiff to submit supplemental information in support of Plaintiff's Motion for Default Judgment by no later than May 9, 2011.  *See* Docket No. 17. Plaintiff has not submitted the requested information.  Plaintiff is hereby ordered to show cause in writing why this action should not be dismissed for failure to prosecute by **no later than May 23, 2011.**

Immediately upon receipt of this Order, Plaintiff shall serve a copy of this Order on Defendant and shall e-file a proof of service on the same day that service is effected.  At the same time Plaintiff's response to the Order to Show Cause as ordered herein is submitted to the Court, Plaintiff shall serve Defendant with a copy of the response and file a proof of service with the Court. Service by Plaintiff may be made by mail.

IT IS SO ORDERED.

Dated: May 13, 2011

_____
DONNA M. RYU
United States Magistrate Judge