UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HAEFNER, | No. C-11-00112 DMR |
| Plaintiff, | **ORDER TO RESPOND TO ORDER TO SHOW CAUSE AND TO PERSONALLY APPEAR AT HEARING** |
| v. | |
| GLORIA RHOADS BERLIN, | |
| Defendant. | |

On April 25, 2011, the Court ordered Plaintiff to submit supplemental evidence in support of his Application for Default Judgment by no later than May 9, 2011. *See* Docket No. 17. Plaintiff did not submit the requested information. On May 13, 2011, the Court issued an Order to Show Cause in writing by May 23, 2011 why the case should not be dismissed for failure to prosecute. *See* Docket No. 19. On May 23, 2011, Plaintiff submitted the requested supplemental evidence in support of his Application but did not otherwise respond to the Order to Show Cause. *See* Docket Nos. 21-23. Therefore, the Court orders the following: **by no later than May 31, 2011**, Plaintiff shall respond in writing to the May 13, 2011 Order to Show Cause or the case may be dismissed. Further, given the paucity of evidence submitted supporting the amount of damages sought by Plaintiff, Plaintiff must personally appear at the June 9, 2011 hearing on his Application for Default Judgment to provide further testimony.

Immediately upon receipt of this Order, Plaintiff shall serve a copy of this Order on Defendant and shall e-file a proof of service on the same day that service is effected.  At the same time Plaintiff's response to the Order to Show Cause as ordered herein is submitted to the Court, Plaintiff shall serve Defendant with a copy of the response and file a proof of service with the Court. Service by Plaintiff may be made by mail.

IT IS SO ORDERED.

Dated:  May 24, 2011

DONNA M. RYU
United States Magistrate Judge