UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HAEFNER,<br><br>        Plaintiff(s),<br><br>    v.<br><br>GLORIA RHOADS BERLIN,<br><br>        Defendant(s).<br>_____/ | No. C-11-00112 DMR<br><br>**ORDER RE SERVICE OF SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

On April 25, 2011, this Court issued an Order Regarding Supplemental Information On Motion for Default Judgment and Continuing Hearing Date. *See* Docket No. 17. The Court ordered Plaintiff to submit supplemental information in support of the motion, and at the same time Plaintiff submitted the information to the Court, to serve the supplemental information on Defendant Gloria Rhoads Berlin and to e-file a proof of service on the same day that service was effected.

The Court notes that Plaintiff has failed to comply with the Court's order to file a proof of service of the supplemental information (Docket Nos. 21-23) with the Court. **Plaintiff is therefore ordered to immediately comply with the Court's previous order and e-file a proof of service. If Plaintiff has not yet served the supplemental information on Defendant, Plaintiff is ordered to serve Docket Nos. 21-23 on Defendant by Express Mail no later than June 6, 2011 and to e-file a proof of service on the same day that service is effected.**

1       IT IS SO ORDERED.

3 Dated: June 6, 2011

DONNA M. RYU
United States Magistrate Judge