IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT HAEFNER,

    Plaintiff,

v.

GLORIA RHOADS BERLIN,

    Defendant.

No. C 11-00112 CRB

**AMENDED JUDGMENT**

    Plaintiff Scott Haefner has requested a default judgment against Defendant Gloria Rhoads Berlin under Rule 55(b)(1) of the Federal Rules of Civil Procedure. The Clerk of the Court entered default on March 9, 2011. Plaintiff has submitted a declaration demonstrating liability and proving damages. The Court orders as follows:

    1. Defendant and her employees, agents, licensees, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with her, including any entities controlled in whole or in part by her, are permanently enjoined from: (a) publicly distributing Plaintiff's copyrighted work, (b) failing to attribute the origins of any of Plaintiff's copyrighted work, and (c) reproducing Plaintiff's copyrighted work in any form;

    2. Defendant is directed to recall all books and destroy the covers of such books;

    3. Plaintiff is awarded monetary relief pursuant to 17 U.S.C. § 504 for Defendant's willful copyright infringement, for Plaintiff's actual damages of $3,000.00;

4. Pursuant to 17 U.S.C. § 503, Defendant is directed to destroy any and all copies of Plaintiff's copyrighted work that Defendant has in her possession;

5. Defendant must file with the Court and serve upon Plaintiff's counsel within thirty (30) days after entry of the amended judgment a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with requirements of the injunction and order; and

6. Plaintiff to recover costs in this civil action, including reasonable attorneys' fees and expenses, which currently total $3,298.70.

7. Total monetary relief of $7,972.33, plus interest accruing from the date of the amended judgment.

**IT IS SO ORDERED.**

Dated: February 6, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE